UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ANDRAS ERDEL,

                        Plaintiffs,

       -against-

LUFTHANSA GERMAN AIRLINES,

                        Defendant.
------------------------------------------------------------------x

**ANSWER**

Docket No: 1:11 CV 01028 DLC

      The Defendant, Deutsche Lufthansa AG incorrectly sued herein as Lufthansa German Airlines, by the undersigned, as and for its answer to the plaintiff's Complaint, sets forth the following:

    1.    Denies the allegations contained in plaintiff's Complaint.

### AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

    2.    The rights, duties and obligations of the parties herein are governed and controlled by the terms and provisions of the Montreal Convention and the terms and provisions of the Contract of Carriage.

### AS AND FOR A SECOND SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

    3.    The liability, if any, of the answering defendant is restricted to and limited by the terms and provisions of the Montreal Convention pursuant to the Contract of Carriage.

    WHEREFORE, judgment is demanded dismissing the plaintiff's Complaint.

**DATED:**    Hauppauge, New York
                March 10, 2011

          Yours etc.,
**Law Office of William J. Fitzpatrick**

_____
William J. Fitzpatrick (wf8213)
Attorneys for Defendant
525 Townline Road, Suite 1
Hauppauge, New York 11788
631-686-5967
WJF File No.: 9903.0017

To:   Andras Erdel
       888 Main Street
       Apartment 1135
       New York, New York 10044